**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Lee C. Schmidt<br>  Kristen A. Schmidt<br><br>             Debtor(s) | CHAPTER 13<br><br>BKY. NO. 12-23532 GLT |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

Kindly enter my appearance on behalf of Fay Servicing LLC, as servicer for PROF-2013-S3 Legal Title Trust, by U.S. Bank National Association, as Legal Title Trustee process and index same on the master mailing list.

Respectfully submitted,

**/s/ James C. Warmbrodt, Esquire**
James C. Warmbrodt, Esquire
jwarmbrodt@kmllawgroup.com
Attorney I.D. No. 42524
Thomas Puleo, Esquire
tpuleo@kmllawgroup.com
Attorney I.D. No. 27615
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
Phone: (215)-627-1322
Attorney for Movant/Applicant