2100 B (12/15)

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA
Case No. 12-23532-GLT
Chapter 13

In re: Debtor(s) (including Name and Address)

| | |
|---|---|
| Lee C. Schmidt<br>7 Gunther Road<br>Cheswick PA 15024 | Kristen A. Schmidt<br>7 Gunther Road<br>Cheswick PA 15024 |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 11/24/2017.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 13: Citibank, N.A., as Trustee for CMLTI Asset Trust, c/o FAY SERVICING, LLC, 440 S. LaSalle Street, Suite 2000, Chicago, IL 60605 | PROF-2013-S3 Legal Title Trust by<br>U.S. Bank N.A. as Legal Title Trustee<br>3000 Kellway Dr. Ste 150<br>Carrollton, TX 75006 |

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   11/26/17

Michael R. Rhodes
**CLERK OF THE COURT**

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Lee C. Schmidt  
Kristen A. Schmidt  
    Debtors

Case No. 12-23532-GLT  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2      User: dkam      Page 1 of 1      Date Rcvd: Nov 24, 2017  
                         Form ID: trc      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 26, 2017.  
13683849         +Citibank, N.A., as Trustee for CMLTI Asset Trust,     c/o FAY SERVICING, LLC,  
                 440 S. LaSalle Street,    Suite 2000,    Chicago, IL 60605-5011

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                 TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 26, 2017                                               Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 24, 2017 at the address(es) listed below:  
         Brett A. Solomon    on behalf of Creditor   Ally Financial Inc. f/k/a GMAC Inc.  
          bsolomon@tuckerlaw.com,   agilbert@tuckerlaw.com;cabbott@tuckerlaw.com;dparanay@tuckerlaw.com  
         Daniel Brett Sullivan    on behalf of Creditor   Bill Me Later BNCmail@w-legal.com,  
          DanS@w-legal.com  
         Gregory Javardian    on behalf of Creditor   Citibank, N.A., as Trustee for CMLTI Asset Trust  
          greg@javardianlaw.com,   mary@javardianlaw.com;tami@javardianlaw.com  
         Harry B. Reese    on behalf of Creditor    CITIMORTGAGE, INC. harry.reese@pkallc.com,  
          chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;jill@pkallc.com  
         James Warmbrodt    on behalf of Creditor    PROF-2013-S3 Legal Title Trust, by U.S. Bank National  
          Association, as Legal Title Trustee bkgroup@kmllawgroup.com  
         Jeffrey R. Hunt    on behalf of Creditor    Township of West Deer jhunt@grblaw.com,  
          cnoroski@grblaw.com  
         Jeffrey R. Hunt    on behalf of Creditor    Deer Lakes School District jhunt@grblaw.com,  
          cnoroski@grblaw.com  
         Jill Manuel-Coughlin    on behalf of Creditor    CITIMORTGAGE, INC. jill@pkallc.com,  
          chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com  
         Jill Manuel-Coughlin    on behalf of Creditor    CitiBank, N.A. et. al jill@pkallc.com,  
          chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com  
         Kenneth Steidl    on behalf of Joint Debtor Kristen A. Schmidt julie.steidl@steidl-steinberg.com,  
          ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-steinberg.com  
         Kenneth Steidl    on behalf of Debtor Lee C. Schmidt julie.steidl@steidl-steinberg.com,  
          ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-steinberg.com  
         Kevin T. McQuail    on behalf of Creditor    Newbury Place REO III, LLC ecfmail@mwc-law.com  
         Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov  
         Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,  
          ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com  
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
         William E. Craig    on behalf of Creditor    Nissan Motor Acceptance Corporation  
          ecfmail@mortoncraig.com,   mhazlett@mortoncraig.com;mortoncraigecf@gmail.com  
                                                                                                     TOTAL: 16