# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Lee Schmidt**<br>　　　　　　　　　　　**Debtor(s)** | **BK NO. 12-23532 GLT** |
| | **Chapter 13** |
| **PROF-2013-S3 Legal Title Trust, by U.S. Bank National Association, as Legal Title Trustee**<br>　　　　　　　　**Movant** | **Related to Claim No. 13** |
| 　　　　　vs. | |
| **Lee Schmidt**<br>　　　　　　　　　　　**Debtor(s)** | |
| **Ronda J. Winnecour**,　　　　　　**Trustee** | |

## AMENDED CERTIFICATE OF SERVICE

I, James C. Warmbrodt, of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on November 30, 2017, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Lee Schmidt
7 Gunther Rd
Cheswick, PA 15024

Attorney for Debtor(s)
Kenneth Steidl
Suite 2830 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

Trustee
Ronda J. Winnecour
Suite 3250, USX Tower (VIA ECF)
600 Grant Street
Pittsburgh, PA 15219

Method of Service:  electronic means or first class mail

Dated: November 30, 2017

　　　　　　　　　　　　　　　　　　　　**/s/ James C. Warmbrodt, Esquire**
　　　　　　　　　　　　　　　　　　　　ATT ID: 42524
　　　　　　　　　　　　　　　　　　　　James C. Warmbrodt, Esquire
　　　　　　　　　　　　　　　　　　　　Matteo S. Weiner, Esquire
　　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　　Philadelphia, PA  19106
　　　　　　　　　　　　　　　　　　　　412-430-3594
　　　　　　　　　　　　　　　　　　　　Attorney for Movant/Applicant