# KML LAW GROUP, P.C.
**701 MARKET STREET, SUITE 5000**
**Philadelphia, PA 19106**
www.kmllawgroup.com

November 30, 2017

Lee Schmidt
7 Gunther Rd
Cheswick, PA 15024

RE:    Lee Schmidt
        Bankruptcy Case Number: 12-23532 GLT
        Our File Number: 176947BK

Dear Sir or Madam:

    Enclosed for service upon you and your counsel, is a true and correct copy of the Response to Notice of Final Cure, filed by the lender, PROF-2013-S3 Legal Title Trust, by U.S. Bank National Association, as Legal Title Trustee.

        KML LAW GROUP, P.C.

        **Lisa Rodriguez, Paralegal**
        (215) 825-6368
        LRodriguez@kmllawgroup.com
        **for James C. Warmbrodt**

Enclosure

cc:    Attorney:
        Trustee: Ronda J. Winnecour

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Lee Schmidt**<br>   Debtor(s)<br><br>**PROF-2013-S3 Legal Title Trust, by U.S. Bank National Association, as Legal Title Trustee**<br>   Movant<br>   vs.<br><br>**Lee Schmidt**<br>   Debtor(s)<br><br>**Ronda J. Winnecour**,   Trustee | **BK NO. 12-23532 GLT**<br><br>**Chapter 13**<br><br>**Related to Claim No. 13** |

## AMENDED CERTIFICATE OF SERVICE

I, James C. Warmbrodt, of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on <u>December 1, 2017</u>, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

<u>Debtor(s)</u>
Lee Schmidt
7 Gunther Rd
Cheswick, PA 15024

<u>Attorney for Debtor(s)</u>
Kenneth Steidl
Suite 2830 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

<u>Trustee</u>
Ronda J. Winnecour
Suite 3250, USX Tower (VIA ECF)
600 Grant Street
Pittsburgh, PA 15219

Method of Service:  electronic means or first class mail

Dated: <u>December 1, 2017</u>

          **/s/ James C. Warmbrodt, Esquire**
          ATT ID: 42524
          James C. Warmbrodt, Esquire
          Matteo S. Weiner, Esquire
          KML Law Group, P.C.
          BNY Mellon Independence Center
          701 Market Street, Suite 5000
          Philadelphia, PA  19106
          412-430-3594
          Attorney for Movant/Applicant