## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Lee Schmidt<br>                                Debtor(s)<br><br>PROF-2013-S3 Legal Title Trust, by U.S. Bank National Association, as Legal Title Trustee<br>                                Movant<br>        vs.<br><br>Lee Schmidt<br>                                Debtor(s)<br><br>Ronda J. Winnecour,                 Trustee | BK NO. 12-23532 GLT<br><br>Chapter 13<br><br>Related to Claim No. 13 |

## AMENDED CERTIFICATE OF SERVICE

I, James C. Warmbrodt, of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on December 5, 2017, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Lee Schmidt
7 Gunther Rd
Cheswick, PA 15024

Attorney for Debtor(s)
Kenneth Steidl
Suite 2830 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

Trustee
Ronda J. Winnecour
Suite 3250, USX Tower (VIA ECF)
600 Grant Street
Pittsburgh, PA 15219

Method of Service: electronic means or first class mail

Dated: December 5, 2017

                                                        **/s/ James C. Warmbrodt, Esquire**
                                                        ATT ID: 42524
                                                        James C. Warmbrodt, Esquire
                                                        Matteo S. Weiner, Esquire
                                                        KML Law Group, P.C.
                                                        BNY Mellon Independence Center
                                                       701 Market Street, Suite 5000
                                                       Philadelphia, PA  19106
                                                       412-430-3594
                                                       Attorney for Movant/Applicant