FILED
12/6/17 9:08 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>LEE C. SCHMIDT and<br>KRISTEN A. SCHMIDT<br><br>　　　　Debtors. | Case No. 12-23532-GLT<br><br>Chapter 13 |
| RONDA J. WINNECOUR, Chapter 13 Trustee,<br><br>　　　　Movant,<br><br>v.<br><br>CITIBANK NA – TRUSTEE CMLTI ASSET,<br><br>　　　　Respondent. | Related to Dkt. Nos. 129 and 137<br>(Also Related to Claim No. 13-2)<br><br><br><br>Hearing: January 17, 2018 at 11:00 a.m.<br><br>Reply Due: December 27, 2017 |

## ORDER SETTING STATUS CONFERENCE

**AND NOW**, this **6th** day of **December, 2017**, upon consideration of the *Response to Notice of Final Cure Payment* [Dkt. No. 137] ("*Response*") which relates to the *Chapter 13 Trustee's Notice of Final Cure Payment* [Dkt. No. 129]("*Notice*"),

It is hereby **ORDERED, ADJUDGED** and **DECREED** that:

(1)　A status conference on the *Notice and Response* will be held on **January 17, 2018 at 11:00 a.m.**, in Courtroom A, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

(2)　A *Reply* to the Response shall be filed and served no later than **December 27, 2017.**

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　GREGORY L. TADDONI　cgt
　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge

Case Administrator to mail to:
Debtor
Kenneth Steidl, Esq.
James Warmbrodt, Esq.
Jill Manuel-Coughlin, Esq.
Citibank NA
Prof-2013-S3 Legal Title Trust by U.S. Bank N.A. as Legal Title Trustee
Ronda J. Winnecour, Esq.
Office of the U.S. Trustee

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                 Case No. 12-23532-GLT
Lee C. Schmidt                                                         Chapter 13
Kristen A. Schmidt
        Debtors

## CERTIFICATE OF NOTICE

```
District/off: 0315-2          User: dkam              Page 1 of 1             Date Rcvd: Dec 06, 2017
                              Form ID: pdf900         Total Noticed: 3
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 08, 2017.
```
db/jdb         +Lee C. Schmidt,    Kristen A. Schmidt,    7 Gunther Road,    Cheswick, PA 15024-1918
13683849       +Citibank, N.A., as Trustee for CMLTI Asset Trust,    c/o FAY SERVICING, LLC,
                 440 S. LaSalle Street,    Suite 2000,    Chicago, IL 60605-5011
14734256       +PROF-2013-S3 Legal Title Trust by,    U.S. Bank N.A. as Legal Title Trustee,
                 3000 Kellway Dr. Ste 150,    Carrollton, TX 75006-3357
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              CitiBank, N.A. et. al
cr              PROF-2013-S3 Legal Title Trust, by U.S. Bank Natio
                                                                                 TOTALS: 2, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 08, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 6, 2017 at the address(es) listed below:
```
              Brett A. Solomon    on behalf of Creditor    Ally Financial Inc. f/k/a GMAC Inc.
               bsolomon@tuckerlaw.com,    agilbert@tuckerlaw.com;cabbott@tuckerlaw.com;dparanay@tuckerlaw.com
              Daniel Brett Sullivan    on behalf of Creditor    Bill Me Later BNCmail@w-legal.com,
               DanS@w-legal.com
              Gregory Javardian    on behalf of Creditor    Citibank, N.A., as Trustee for CMLTI Asset Trust
               greg@javardianlaw.com,    mary@javardianlaw.com;tami@javardianlaw.com
              Harry B. Reese    on behalf of Creditor    CITIMORTGAGE, INC. harry.reese@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;jill@pkallc.com
              James Warmbrodt    on behalf of Creditor    PROF-2013-S3 Legal Title Trust, by U.S. Bank National
               Association, as Legal Title Trustee bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor    Township of West Deer jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor    Deer Lakes School District jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jill Manuel-Coughlin    on behalf of Creditor    CitiBank, N.A. et. al jill@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
              Jill Manuel-Coughlin    on behalf of Creditor    CITIMORTGAGE, INC. jill@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
              Kenneth Steidl    on behalf of Debtor Lee C. Schmidt julie.steidl@steidl-steinberg.com,
               ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;leslie.
               nebel@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-st
               einberg.com
              Kenneth Steidl    on behalf of Joint Debtor Kristen A. Schmidt julie.steidl@steidl-steinberg.com,
               ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;leslie.
               nebel@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-st
               einberg.com
              Kevin T. McQuail    on behalf of Creditor    Newbury Place REO III, LLC ecfmail@mwc-law.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              William E. Craig    on behalf of Creditor    Nissan Motor Acceptance Corporation
               ecfmail@mortoncraig.com,    mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                              TOTAL: 16
```