Form 604

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Lee C. Schmidt** | : | Case No. 12–23532–GLT |
| **Kristen A. Schmidt** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | |
| | : | Related to Document No. 144 |
| v. | : | |
| **No Respondents** | : | Hearing Date: 2/28/18 at 11:00 AM |
| *Respondent(s).* | : | |
| | : | |
| | : | |

ORDER SCHEDULING DATE
FOR RESPONSE AND HEARING ON MOTION

       *AND NOW,* this *The 29th of December, 2017*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* (the "Motion") having been filed at Doc. No. 144 by the Chapter 13 Trustee,

       It is hereby **ORDERED, ADJUDGED** and **DECREED** that:

       (1)  *On or before February 12, 2018*, any *Response*, including a consent to the Motion, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219) and served on counsel for the Moving Party.

       (2)  This Motion is scheduled for hearing on *February 28, 2018 at 11:00 AM* in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

       (3)  If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. *To determine if a default order has been entered, the Moving Party is directed to the calendar for Judge Gregory L. Taddonio posted on the Court's website at www.pawb.uscourts.gov one day prior to the hearing.* In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties are *required* to appear at the hearing.

       (4)  Once the Motion is approved, if either the Debtor's *Certificate of Discharge Eligibility* or *Certificate of Financial Management* is not timely filed, *the case is* **SUBJECT TO CLOSURE WITHOUT A DISCHARGE** *without further notice or hearing*.

Gregory L. Taddonio, Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 12-23532-GLT
Lee C. Schmidt                                                          Chapter 13
Kristen A. Schmidt
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2        User: jhel          Page 1 of 3          Date Rcvd: Dec 29, 2017
                            Form ID: 604        Total Noticed: 66

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 31, 2017.
```
db/jdb         +Lee C. Schmidt,    Kristen A. Schmidt,    7 Gunther Road,    Cheswick, PA 15024-1918
cr             +Ally Financial Inc. f/k/a GMAC Inc.,    Tucker Arensberg, P.C.,    c/o Brett A. Solomon,
                 1500 One PPG Place,    Pittsburgh, Pa 15222-5413
cr             +Bill Me Later,    Weinstein & Riley, P.S.,    2001 Western Avenue, Suite 400,
                 Seattle, WA 98121-3132
cr              Duquesne Light Company,    c/o Peter J. Ashcroft,    2200 Gulf Tower,    Pittsburgh, PA  15219
cr             +U.S. Bank National Association,    14841 Dallas Parkway, Suite 300,    DALLAS, TX 75254-7883
13438132       +AES/PHEAA,    PO BOX 8183,    HARRISBURG, PA 17105-8183
13445617       +AES/PHEAA,    PO BOX 8147,    HARRISBURG PA 17105-8147
13421359       +American Edication Services,    P.O. Box 2461,    Harrisburg, PA 17105-2461
13421360        American Express,    P.O. Box 1270,    Newark, NJ 07101-1270
13445787        American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
13421363       +BSI Financial Services &,    314 South Franklin Street,    Titusville, PA 16354-2168
13421361        Bill Me Later,    P.O. Box 105658,    Atlanta, GA 30348-5658
13421364        Capital One,    P.O. Box 71083,    Charlotte, NC 28272-1083
13421365        Chase,    P.O. Box 15153,    Wilmington, DE 19886-5153
13421369       +Chase,    P.O. Box 15298,    Wilmington, DE 19850-5298
13615334        CitiMortgage, Inc.,    P.O. Box 688971,    Des Moines, IA 50368-8971
13421370        Citibank,    P.O. Box 790114,    Saint Louis, MO 63179-0114
13683849       +Citibank, N.A., as Trustee for CMLTI Asset Trust,    c/o FAY SERVICING, LLC,
                 440 S. LaSalle Street,    Suite 2000,    Chicago, IL 60605-5011
13421372        Credit Management Compant,    P.O. Box 19785,    Irvine, CA 92623-9785
13421373        Credit Management Company,    P.O. Box 19785,    Irvine, CA 92623-9785
13464067       +Deer Lakes School District,    c/o Goehring, Rutter & Boehm,    437 Grant Street, 14th Floor,
                 Pittsburgh, PA 15219-6101
13626803       +Deer Lakes School District,    Keystone Collections Group,    c/o Kratzenberg & Lazzaro,
                 546 Wendel Rd.,    Irwin, PA 15642-7539
13430937       +Department Stores National Bank/Macys,    Bankruptcy Processing,    Po Box 8053,
                 Mason, OH 45040-8053
13421376        Direct Loans,    PO Box 5609,    Greenville, TX 75403-5609
13421378       +Discovery Health Record Solutions,    1150 North meadow Parkway,    Suite 100,
                 Orlando, FL 32807
13421379       +Dorothy Bonovitz,    Tax Collector,    PO Box 4,    Russellton, PA 15076-0004
13528875        ECMC,    P.O. BOX 16408,    ST. PAUL, MN 55116-0408
13802296        FedLoan Servicing,    P.O. Box 69184,    Harrisburg, PA 17106-9184
13421380       +First National Bank,    P.O. Box 3412,    Omaha, NE 68103-0412
13423315       +First National Bank of Omaha,    1620 Dodge Street Stop Code 3105,    Omaha Ne 68197-0002
13421382       +IN Charge Debt Solutions,    5750 Major Blvd,    Suite 175,    Orlando, FL 32819-7976
13421383        Jordan Tax Service,    102 Rahway Road,    McMurray, PA 15317-3349
13421384       +Life Home Care,    P.O. box 643798,    Pittsburgh, PA 15264-3798
13421385       +Macy's,    P.O. Box 8218,    Mason, OH 45040-8218
13510477        Main Street Acquisition Corp., assignee,    of CHASE BANK USA, N. A.,    c o Becket and Lee LLP,
                 POB 3001,    Malvern, PA 19355-0701
13421386       +Marc S. Weisberg,    123 S. Broad Street,    Suite 2080,    Philadelphia, PA 19109-1031
13421388       ++NISSAN MOTOR ACCEPTANCE CORPORATION,    LOSS RECOVERY,    PO BOX 660366,    DALLAS TX 75266-0366
               (address filed with court: NMAC,    P.O., Box 9001132,    Louisville, KY 40290-1132)
13443965       +Newbury Place REO III, LLC,    314 S. Franklin Street,    Titusville, PA 16354-2168
13421387       +Newbury Place REO III, LLC,    7500 Old Georgetown Road,    Suite 1350,    Bethesda, MD 20814-6240
13437843        Nissan Motor Acceptance Corporation,    PO Box 660366,    Dallas TX 75266-0366
13421389       +P. Christopher Coburn, Phd.,    1326 Freeport Road,    Suite 250,    Pittsburgh, PA 15238-3121
13421392       +PNC,    2730 Liberty Ave.,    Pittsburgh, PA 15222-4747
13424370       +PNC BANK,    PO BOX 94982,    CLEVELAND, OHIO 44101-4982
14734256       +PROF-2013-S3 Legal Title Trust by,    U.S. Bank N.A. as Legal Title Trustee,
                 3000 Kellway Dr. Ste 150,    Carrollton, TX 75006-3357
13421397       +Sam's Club/GECS,    P.O. Box 965005,    Orlando, FL 32896-5005
13464065       +Township of West Deer,    c/o Goehring, Rutter & Boehm,    437 Grant Street, 14th Floor,
                 Pittsburgh, PA 15219-6101
13421398        UPMC Physician Services,    417 Bridge Street,    Danville, VA 24541-1403
13446440        US Department of Education,    Direct Loan SVC,    PO Box 5609,    Greenville, TX  75403-5609
13421400       +WPIC,    Quantum I Building 3rd Fl,    Distribution Romm #386,    2 Hot Metal Street,
                 Pittsburgh, PA 15203-2348
13421399       +West Deere Township & Deer Lakes,    School District,    P.O. Box 4,    Russellton, PA 15076-0004
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
13421357        E-mail/Text: bkr@cardworks.com Dec 30 2017 00:41:35      Advanta,    P.O. Box 31032,
                 Tampa, FL 33631-3032
13501738        E-mail/Text: bkr@cardworks.com Dec 30 2017 00:41:35      Advanta Bank Corporation,
                 Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
13421358        E-mail/Text: ally@ebn.phinsolutions.com Dec 30 2017 00:41:37      Ally Financial,
                 P.O. Box 9001951,    Louisville, KY 40290-1951
13442165       +E-mail/Text: ally@ebn.phinsolutions.com Dec 30 2017 00:41:37      Ally Financial,
                 c/o Ally Servicing LLC,    P.O. Box 130424,    Roseville, MN 55113-0004
```

```
District/off: 0315-2          User: jhel              Page 2 of 3              Date Rcvd: Dec 29, 2017
                              Form ID: 604            Total Noticed: 66

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
13487819         E-mail/Text: bncmail@w-legal.com Dec 30 2017 00:42:35     Bill Me Later,
                  c/o Weinstein & Riley, P.S.,    PO Box 3978,    Seattle WA 98124-3978
13421371        +E-mail/Text: bankruptcy@firstenergycorp.com Dec 30 2017 00:42:28      Collection Service Center,
                  839 5th Ave,    New Kensington, PA 15068-6303
13427706         E-mail/Text: mrdiscen@discover.com Dec 30 2017 00:41:39     Discover Bank,
                  DB Servicing Corporation,    PO Box 3025,    New Albany, OH 43054-3025
13421377         E-mail/Text: mrdiscen@discover.com Dec 30 2017 00:41:39     Discover Card,   P.O. Box 71084,
                  Charlotte, NC 28272-1084
13435420         E-mail/PDF: gecsedi@recoverycorp.com Dec 30 2017 00:37:13     GE Capital Retail Bank,
                  c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
13421381        +E-mail/PDF: gecsedi@recoverycorp.com Dec 30 2017 00:37:34     Gap/Old Navy,   P.O. Box 965005,
                  Orlando, FL 32896-5005
13518780        +E-mail/Text: bknotice@ncmllc.com Dec 30 2017 00:42:36      National Capital Management, LLC.,
                  8245 Tournament Drive,    Suite 230,   Memphis, TN 38125-1741
13497389         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 30 2017 00:44:22
                  Portfolio Recovery Associates, LLC,    PO Box 12914,    Norfolk VA 23541
13585577         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 30 2017 00:44:40
                  Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk, VA 23541
13627112        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 30 2017 00:57:34
                  PRA Receivables Management, LLC,    POB 41067,   Norfolk, VA 23541-1067
13421390         E-mail/PDF: gecsedi@recoverycorp.com Dec 30 2017 00:37:24     PayPal,   P.O. Box 965005,
                  Orlando, FL 32896-5005
13421394         E-mail/Text: BankruptcyMail@questdiagnostics.com Dec 30 2017 00:43:18      Quest Diagnostics,
                  P.O. Box 7302,   Hollister, MO 65673-7302
                                                                                              TOTAL: 16

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            CITIMORTGAGE, INC.
cr            CitiBank, N.A. et. al
cr            Citibank, N.A., as Trustee for CMLTI Asset Trust
cr            Deer Lakes School District
cr            Newbury Place REO III, LLC
cr            PROF-2013-S3 Legal Title Trust, by U.S. Bank Natio
cr            Township of West Deer
cr*          +AES/PHEAA,   PO BOX 8147,    HARRISBURG, PA 17105-8147
cr*           ECMC,   P.O. Box 16408,    St. Paul, MN 55116-0408
cr*          +National Capital Management, LLC,    8245 Tournament Drive,    Suite 230,
                MEMPHIS, TN 38125-1741
cr*           Nissan Motor Acceptance Corporation,    P.O. Box 660366,    Dallas, TX 75266-0366
cr*          +PRA Receivables Management, LLC,    PO Box 41067,    Norfolk, VA 23541-1067
13421362*     Bill Me Later,   P.O. Box 105658,    Atlanta, GA 30348-5658
13421366*     Chase,   P.O. Box 15153,    Wilmington, DE 19886-5153
13421367*     Chase,   P.O. Box 15153,    Wilmington, DE 19886-5153
13421368*     Chase,   P.O. Box 15153,    Wilmington, DE 19886-5153
13421374*     Credit Management Company,    P.O. Box 19785,    Irvine, CA 92623-9785
13421375*     Credit Management Company,    P.O. Box 19785,    Irvine, CA 92623-9785
13421393*    +PNC,   2730 Liberty Ave.,    Pittsburgh, PA 15222-4747
13421391*     PayPal,   P.O. Box 965005,    Orlando, FL 32896-5005
13421395*     Quest Diagnostics,    P.O. Box 7302,    Hollister, MO 65673-7302
13421396*     Quest Diagnostics,    P.O. Box 7302,    Hollister, MO 65673-7302
                                                                                TOTALS: 7, * 15, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 31, 2017                                            Signature:  /s/Joseph Speetjens

```
District/off: 0315-2          User: jhel              Page 3 of 3             Date Rcvd: Dec 29, 2017
                              Form ID: 604            Total Noticed: 66
```

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 29, 2017 at the address(es) listed below:

```
          Brett A. Solomon    on behalf of Creditor    Ally Financial Inc. f/k/a GMAC Inc.
           bsolomon@tuckerlaw.com,   agilbert@tuckerlaw.com;cabbott@tuckerlaw.com;dparanay@tuckerlaw.com
          Daniel Brett Sullivan    on behalf of Creditor    Bill Me Later BNCmail@w-legal.com,
           DanS@w-legal.com
          Gregory Javardian    on behalf of Creditor    Citibank, N.A., as Trustee for CMLTI Asset Trust
           greg@javardianlaw.com,   mary@javardianlaw.com;tami@javardianlaw.com
          Harry B. Reese    on behalf of Creditor    CITIMORTGAGE, INC. harry.reese@pkallc.com,
           chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;jill@pkallc.com
          James Warmbrodt    on behalf of Creditor    PROF-2013-S3 Legal Title Trust, by U.S. Bank National
           Association, as Legal Title Trustee bkgroup@kmllawgroup.com
          Jeffrey R. Hunt    on behalf of Creditor    Township of West Deer jhunt@grblaw.com,
           cnoroski@grblaw.com
          Jeffrey R. Hunt    on behalf of Creditor    Deer Lakes School District jhunt@grblaw.com,
           cnoroski@grblaw.com
          Jill Manuel-Coughlin    on behalf of Creditor    CITIMORTGAGE, INC. jill@pkallc.com,
           chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
          Jill Manuel-Coughlin    on behalf of Creditor    CitiBank, N.A. et. al jill@pkallc.com,
           chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
          Kenneth Steidl    on behalf of Debtor Lee C. Schmidt julie.steidl@steidl-steinberg.com,
           ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;leslie.
           nebel@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-st
           einberg.com;rlager@st
          Kenneth Steidl    on behalf of Joint Debtor Kristen A. Schmidt julie.steidl@steidl-steinberg.com,
           ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;leslie.
           nebel@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-st
           einberg.com;rlager@st
          Kevin T. McQuail    on behalf of Creditor    Newbury Place REO III, LLC ecfmail@mwc-law.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
           ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          William E. Craig    on behalf of Creditor    Nissan Motor Acceptance Corporation
           ecfmail@mortoncraig.com,   mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                              TOTAL: 16
```