**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>LEE C. SCHMIDT<br>KRISTEN A. SCHMIDT<br>       Debtor(s)<br><br>Ronda J. Winnecour<br> Chapter 13 Trustee,<br>      Movant<br>       vs.<br>No Repondents. | Case No.:12-23532<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report").  Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

December 21, 2017

/s/   Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 07/12/2012 and confirmed on 8/21/12. The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 235,988.80 |
| Less Refunds to Debtor | 4,785.53 | |
| TOTAL AMOUNT OF PLAN FUND | | 231,203.27 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 3,300.00 | |
|    Trustee Fee | 8,496.02 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 11,796.02 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   PROF-2013-S3 LEGAL TITLE TRUST IV BY | 0.00 | 97,765.72 | 0.00 | 97,765.72 |
|     Acct: 2605 | | | | |
|   CITIMORTGAGE(*) | 0.00 | 29,221.22 | 0.00 | 29,221.22 |
|     Acct: 8736 | | | | |
|   PROF-2013-S3 LEGAL TITLE TRUST IV BY | 19,242.74 | 19,242.74 | 0.00 | 19,242.74 |
|     Acct: 2605 | | | | |
|   CITIMORTGAGE(*) | 1,136.18 | 1,136.18 | 0.00 | 1,136.18 |
|     Acct: 8736 | | | | |
|   WEST DEER TOWNSHIP (RE) | 179.58 | 179.58 | 229.02 | 408.60 |
|     Acct: XXXXXXXXX0-11 | | | | |
|   COUNTY OF ALLEGHENY (R/E TAX)* | 37.75 | 37.75 | 61.80 | 99.55 |
|     Acct: XXXXXXX: 11 | | | | |
|   DEER LAKES SD & W DEER TWP (RE) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXX0-11 | | | | |
|   WEST DEER TOWNSHIP (RE) | 429.66 | 429.66 | 120.04 | 549.70 |
|     Acct: XXXXXXX8;11 | | | | |
|   WEST DEER TOWNSHIP (RE) | 79.20 | 79.20 | 0.00 | 79.20 |
|     Acct: XXXXXXXXXXXXXXX INT | | | | |
|   DEER LAKES SD (WEST DEER) (RE) | 5,325.46 | 5,325.46 | 2,128.70 | 7,454.16 |
|     Acct: XXXXXXXXX0-11 | | | | |
|   DEER LAKES SD (WEST DEER) (RE) | 1,291.36 | 1,291.36 | 0.00 | 1,291.36 |
|     Acct: XXXXXXXXXXXXXXXXX INT | | | | |
|   DEER LAKES SD (WEST DEER) (RE) | 203.89 | 203.89 | 227.27 | 431.16 |
|     Acct: XXXXXXXXX0-11 | | | | |
|   DEER LAKES SD (WEST DEER) (RE) | 807.55 | 807.55 | 164.25 | 971.80 |
|     Acct: XXXXXXXXX0-11 | | | | |
|   ALLY FINANCIAL(*) | 21,847.03 | 21,847.03 | 4,104.06 | 25,951.09 |
|     Acct: 6948 | | | | |
|   NISSAN MOTOR ACCEPTANCE CORP | 6,234.59 | 6,234.59 | 1,743.47 | 7,978.06 |
|     Acct: XX3091 | | | | |
| | | | | 192,580.54 |
| **Priority** | | | | |
|   KENNETH STEIDL ESQ | 1,994.82 | 1,994.82 | 0.00 | 0.00 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Priority** | | | | |
| Acct: | | | | |
| LEE C. SCHMIDT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| LEE C. SCHMIDT | 1,702.92 | 1,702.92 | 0.00 | 0.00 |
| Acct: | | | | |
| LEE C. SCHMIDT | 1,900.00 | 1,900.00 | 0.00 | 0.00 |
| Acct: | | | | |
| LEE C. SCHMIDT | 1,182.61 | 1,182.61 | 0.00 | 0.00 |
| Acct: | | | | |
| STEIDL & STEINBERG | 1,305.18 | 1,305.18 | 0.00 | 0.00 |
| Acct: | | | | |
| PROF-2013-S3 LEGAL TITLE TRUST IV B\ | 8,504.41 | 8,504.41 | 0.00 | 8,504.41 |
| Acct: 2605 | | | | |
| | | | | 8,504.41 |
| **Unsecured** | | | | |
| ADVANTA BANK CORPORATION | 1,559.00 | 255.77 | 0.00 | 255.77 |
| Acct: 5577 | | | | |
| ECMC(*) | 2,518.53 | 413.19 | 0.00 | 413.19 |
| Acct: 2001 | | | | |
| AMERICAN EXPRESS CENTURION BNK | 728.29 | 119.48 | 0.00 | 119.48 |
| Acct: 1005 | | | | |
| BILL ME LATER | 1,722.90 | 282.66 | 0.00 | 282.66 |
| Acct: 2001 | | | | |
| BILL ME LATER | 2,511.18 | 411.98 | 0.00 | 411.98 |
| Acct: 3168 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 837.76 | 137.44 | 0.00 | 137.44 |
| Acct: 0979 | | | | |
| CHASE/JPMORGAN CHASE(*)++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX6155 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 2,003.14 | 328.64 | 0.00 | 328.64 |
| Acct: 6870 | | | | |
| MAIN STREET ACQUISITIONS CORP | 1,773.10 | 290.89 | 0.00 | 290.89 |
| Acct: 0771 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 6,819.06 | 1,118.73 | 0.00 | 1,118.73 |
| Acct: 8234 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 6,000.68 | 984.47 | 0.00 | 984.47 |
| Acct: 0857 | | | | |
| COLLECTION SERVICE CENTER INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX4001 | | | | |
| CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX2597 | | | | |
| CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX2594 | | | | |
| CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX0964 | | | | |
| CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX1572 | | | | |
| US DEPARTMENT OF EDUCATION | 73,855.90 | 12,116.80 | 0.00 | 12,116.80 |
| Acct: 2001 | | | | |
| DISCOVER BANK(*) | 164.89 | 27.05 | 0.00 | 27.05 |
| Acct: 2315 | | | | |
| DISCOVERY HEALTH RECORD SOLUTIOI | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX5299 | | | | |
| FIRST NATIONAL BANK OF OMAHA(*) | 2,374.27 | 389.52 | 0.00 | 389.52 |
| Acct: 0213 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 2,091.34 | 343.11 | 0.00 | 343.11 |
| Acct: 5265 | | | | |
| IN CHARGE DEBT SOLUTIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX4471 | | | | |

12-23532                                                                                                       Page 3 of 3

| Creditor Type Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Unsecured** | | | | |
| LIFE HOME CARE++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXM322 | | | | |
| DEPARTMENT STORES NATIONAL BANK | 109.83 | 18.02 | 0.00 | 18.02 |
| Acct: 4292 | | | | |
| P CHRISTOPHER COBURN PHD | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ANXC | | | | |
| PAYPAL BUYER CREDIT++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX1286 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 557.84 | 91.52 | 0.00 | 91.52 |
| Acct: 7755 | | | | |
| PNC BANK NA | 3,594.80 | 589.76 | 0.00 | 589.76 |
| Acct: 5478 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 1,129.07 | 185.24 | 0.00 | 185.24 |
| Acct: 9053 | | | | |
| QUEST DIAGNOSTICS++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX3428 | | | | |
| QUEST DIAGNOSTICS++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX0840 | | | | |
| QUEST DIAGNOSTICS++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX5076 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 1,046.29 | 171.65 | 0.00 | 171.65 |
| Acct: 5350 | | | | |
| UPMC PHYSICIAN SERVICES++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX1000 | | | | |
| WPIC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX8644 | | | | |
| ADVANTA++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| NISSAN MOTOR ACCEPTANCE CORP | 282.71 | 46.38 | 0.00 | 46.38 |
| Acct: 3091 | | | | |
| BERNSTEIN-BURKLEY PC (FORMERLY F( | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MARGARET GAIRO ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JAMES C WARMBRODT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 18,322.30 |

TOTAL PAID TO CREDITORS                                                                          219,407.25

TOTAL
 CLAIMED         8,504.41
 PRIORITY       56,814.99
 SECURED       111,680.58

Date: 12/21/2017

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

# IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
    LEE C. SCHMIDT
    KRISTEN A. SCHMIDT
        Debtor(s)

    Ronda J. Winnecour
        Movant
      vs.
    No Repondents.

Case No.:12-23532

Chapter 13

Document No.:

## ORDER OF COURT

AND NOW, this _____day of _____, 20\_\_\_\_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

                                              BY THE COURT:

                                             _____
                                             U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 12-23532-GLT
Lee C. Schmidt                                                          Chapter 13
Kristen A. Schmidt
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: jhel              Page 1 of 3          Date Rcvd: Dec 29, 2017
                              Form ID: pdf900         Total Noticed: 66

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 31, 2017.
```
db/jdb        +Lee C. Schmidt,    Kristen A. Schmidt,    7 Gunther Road,    Cheswick, PA 15024-1918
cr            +Ally Financial Inc. f/k/a GMAC Inc.,    Tucker Arensberg, P.C.,    c/o Brett A. Solomon,
               1500 One PPG Place,    Pittsburgh, Pa 15222-5413
cr            +Bill Me Later,    Weinstein & Riley, P.S.,    2001 Western Avenue, Suite 400,
               Seattle, WA 98121-3132
cr             Duquesne Light Company,    c/o Peter J. Ashcroft,    2200 Gulf Tower,    Pittsburgh, PA 15219
cr            +U.S. Bank National Association,    14841 Dallas Parkway, Suite 300,    DALLAS, TX 75254-7883
13438132      +AES/PHEAA,    PO BOX 8183,    HARRISBURG, PA 17105-8183
13445617      +AES/PHEAA,    PO BOX 8147,    HARRISBURG PA 17105-8147
13421359      +American Edication Services,    P.O. Box 2461,    Harrisburg, PA 17105-2461
13421360       American Express,    P.O. Box 1270,    Newark, NJ 07101-1270
13445787       American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
13421363      +BSI Financial Services &,    314 South Franklin Street,    Titusville, PA 16354-2168
13421361       Bill Me Later,    P.O. Box 105658,    Atlanta, GA 30348-5658
13421364       Capital One,    P.O. Box 71083,    Charlotte, NC 28272-1083
13421365       Chase,    P.O. Box 15153,    Wilmington, DE 19886-5153
13421369      +Chase,    P.O. Box 15298,    Wilmington, DE 19850-5298
13615334       CitiMortgage, Inc.,    P.O. Box 688971,    Des Moines, IA 50368-8971
13421370       Citibank,    P.O. Box 790114,    Saint Louis, MO 63179-0114
13683849      +Citibank, N.A., as Trustee for CMLTI Asset Trust,    c/o FAY SERVICING, LLC,
               440 S. LaSalle Street,    Suite 2000,    Chicago, IL 60605-5011
13421372       Credit Management Compant,    P.O. Box 19785,    Irvine, CA 92623-9785
13421373       Credit Management Company,    P.O. Box 19785,    Irvine, CA 92623-9785
13464067      +Deer Lakes School District,    c/o Goehring, Rutter & Boehm,    437 Grant Street, 14th Floor,
               Pittsburgh, PA 15219-6101
13626803      +Deer Lakes School District,    Keystone Collections Group,    c/o Kratzenberg & Lazzaro,
               546 Wendel Rd.,    Irwin, PA 15642-7539
13430937      +Department Stores National Bank/Macys,    Bankruptcy Processing,    Po Box 8053,
               Mason, OH 45040-8053
13421376       Direct Loans,    PO Box 5609,    Greenville, TX 75403-5609
13421378      +Discovery Health Record Solutions,    1150 North meadow Parkway,    Suite 100,
               Orlando, FL 32807
13421379      +Dorothy Bonovitz,    Tax Collector,    PO Box 4,    Russellton, PA 15076-0004
13528875       ECMC,    P.O. BOX 16408,    ST. PAUL, MN 55116-0408
13802296       FedLoan Servicing,    P.O. Box 69184,    Harrisburg, PA 17106-9184
13421380      +First National Bank,    P.O. Box 3412,    Omaha, NE 68103-0412
13423315      +First National Bank of Omaha,    1620 Dodge Street Stop Code 3105,    Omaha Ne 68197-0002
13421382      +IN Charge Debt Solutions,    5750 Major Blvd,    Suite 175,    Orlando, FL 32819-7976
13421383       Jordan Tax Service,    102 Rahway Road,    McMurray, PA 15317-3349
13421384      +Life Home Care,    P.O. box 643798,    Pittsburgh, PA 15264-3798
13421385      +Macy's,    P.O. Box 8218,    Mason, OH 45040-8218
13510477       Main Street Acquisition Corp., assignee,    of CHASE BANK USA, N. A.,    c o Becket and Lee LLP,
               POB 3001,    Malvern, PA 19355-0701
13421386      +Marc S. Weisberg,    123 S. Broad Street,    Suite 2080,    Philadelphia, PA 19109-1031
13421388     ++NISSAN MOTOR ACCEPTANCE CORPORATION,    LOSS RECOVERY,    PO BOX 660366,    DALLAS TX 75266-0366
              (address filed with court: NMAC,    P.O., Box 9001132,    Louisville, KY 40290-1132)
13443965      +Newbury Place REO III, LLC,    314 S. Franklin Street,    Titusville, PA 16354-2168
13421387      +Newbury Place REO III, LLC,    7500 Old Georgetown Road,    Suite 1350,    Bethesda, MD 20814-6240
13437843       Nissan Motor Acceptance Corporation,    PO Box 660366,    Dallas TX 75266-0366
13421389      +P. Christopher Coburn, Phd.,    1326 Freeport Road,    Suite 250,    Pittsburgh, PA 15238-3121
13421392      +PNC,    2730 Liberty Ave.,    Pittsburgh, PA 15222-4747
13424370      +PNC BANK,    PO BOX 94982,    CLEVELAND, OHIO 44101-4982
14734256      +PROF-2013-S3 Legal Title Trust by,    U.S. Bank N.A. as Legal Title Trustee,
               3000 Kellway Dr. Ste 150,    Carrollton, TX 75006-3357
13421397      +Sam's Club/GECS,    P.O. Box 965005,    Orlando, FL 32896-5005
13464065      +Township of West Deer,    c/o Goehring, Rutter & Boehm,    437 Grant Street, 14th Floor,
               Pittsburgh, PA 15219-6101
13421398       UPMC Physician Services,    417 Bridge Street,    Danville, VA 24541-1403
13446440       US Department of Education,    Direct Loan SVC,    PO Box 5609,    Greenville, TX  75403-5609
13421400      +WPIC,    Quantum I Building 3rd Fl,    Distribution Romm #386,    2 Hot Metal Street,
               Pittsburgh, PA 15203-2348
13421399      +West Deere Township & Deer Lakes,    School District,    P.O. Box 4,    Russellton, PA 15076-0004
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
13421357       E-mail/Text: bkr@cardworks.com Dec 30 2017 00:41:35      Advanta,    P.O. Box 31032,
               Tampa, FL 33631-3032
13501738       E-mail/Text: bkr@cardworks.com Dec 30 2017 00:41:35      Advanta Bank Corporation,
               Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
13421358       E-mail/Text: ally@ebn.phinsolutions.com Dec 30 2017 00:41:37      Ally Financial,
               P.O. Box 9001951,    Louisville, KY 40290-1951
13442165      +E-mail/Text: ally@ebn.phinsolutions.com Dec 30 2017 00:41:37      Ally Financial,
               c/o Ally Servicing LLC,    P.O. Box 130424,    Roseville, MN 55113-0004
```

```
District/off: 0315-2          User: jhel                 Page 2 of 3                  Date Rcvd: Dec 29, 2017
                              Form ID: pdf900            Total Noticed: 66


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
13487819          E-mail/Text: bncmail@w-legal.com Dec 30 2017 00:42:35     Bill Me Later,
                 c/o Weinstein & Riley, P.S.,    PO Box 3978,   Seattle WA 98124-3978
13421371         +E-mail/Text: bankruptcy@firstenergycorp.com Dec 30 2017 00:42:28      Collection Service Center,
                 839 5th Ave,   New Kensington, PA 15068-6303
13427706          E-mail/Text: mrdiscen@discover.com Dec 30 2017 00:41:39     Discover Bank,
                 DB Servicing Corporation,    PO Box 3025,   New Albany, OH 43054-3025
13421377          E-mail/Text: mrdiscen@discover.com Dec 30 2017 00:41:39     Discover Card,   P.O. Box 71084,
                 Charlotte, NC 28272-1084
13435420          E-mail/PDF: gecsedi@recoverycorp.com Dec 30 2017 00:37:14     GE Capital Retail Bank,
                 c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,   Miami FL 33131-1605
13421381         +E-mail/PDF: gecsedi@recoverycorp.com Dec 30 2017 00:37:14     Gap/Old Navy,   P.O. Box 965005,
                 Orlando, FL 32896-5005
13518780         +E-mail/Text: bknotice@ncmllc.com Dec 30 2017 00:42:36      National Capital Management, LLC.,
                 8245 Tournament Drive,    Suite 230,   Memphis, TN 38125-1741
13497389          E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 30 2017 00:57:34
                  Portfolio Recovery Associates, LLC,    PO Box 12914,   Norfolk VA 23541
13585577          E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 30 2017 01:17:57
                  Portfolio Recovery Associates, LLC,    POB 41067,   Norfolk, VA 23541
13627112         +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 30 2017 00:44:31
                  PRA Receivables Management, LLC,    POB 41067,   Norfolk, VA 23541-1067
13421390          E-mail/PDF: gecsedi@recoverycorp.com Dec 30 2017 00:37:35     PayPal,   P.O. Box 965005,
                 Orlando, FL 32896-5005
13421394          E-mail/Text: BankruptcyMail@questdiagnostics.com Dec 30 2017 00:43:18      Quest Diagnostics,
                 P.O. Box 7302,   Hollister, MO 65673-7302
                                                                                               TOTAL: 16

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             CITIMORTGAGE, INC.
cr             CitiBank, N.A. et. al
cr             Citibank, N.A., as Trustee for CMLTI Asset Trust
cr             Deer Lakes School District
cr             Newbury Place REO III, LLC
cr             PROF-2013-S3 Legal Title Trust, by U.S. Bank Natio
cr             Township of West Deer
cr*           +AES/PHEAA,   PO BOX 8147,   HARRISBURG, PA 17105-8147
cr*            ECMC,   P.O. Box 16408,   St. Paul, MN 55116-0408
cr*           +National Capital Management, LLC,    8245 Tournament Drive,   Suite 230,
                 MEMPHIS, TN 38125-1741
cr*            Nissan Motor Acceptance Corporation,    P.O. Box 660366,   Dallas, TX 75266-0366
cr*           +PRA Receivables Management, LLC,    PO Box 41067,   Norfolk, VA 23541-1067
13421362*      Bill Me Later,   P.O. Box 105658,   Atlanta, GA 30348-5658
13421366*      Chase,   P.O. Box 15153,   Wilmington, DE 19886-5153
13421367*      Chase,   P.O. Box 15153,   Wilmington, DE 19886-5153
13421368*      Chase,   P.O. Box 15153,   Wilmington, DE 19886-5153
13421374*      Credit Management Company,   P.O. Box 19785,   Irvine, CA 92623-9785
13421375*      Credit Management Company,   P.O. Box 19785,   Irvine, CA 92623-9785
13421393*     +PNC,   2730 Liberty Ave.,   Pittsburgh, PA 15222-4747
13421391*      PayPal,   P.O. Box 965005,   Orlando, FL 32896-5005
13421395*      Quest Diagnostics,   P.O. Box 7302,   Hollister, MO 65673-7302
13421396*      Quest Diagnostics,   P.O. Box 7302,   Hollister, MO 65673-7302
                                                                                      TOTALS: 7, * 15, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 31, 2017                                   Signature:  /s/Joseph Speetjens

```
District/off: 0315-2          User: jhel                  Page 3 of 3                   Date Rcvd: Dec 29, 2017
                              Form ID: pdf900             Total Noticed: 66
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 21, 2017 at the address(es) listed below:
              Brett A. Solomon    on behalf of Creditor    Ally Financial Inc. f/k/a GMAC Inc.
               bsolomon@tuckerlaw.com, agilbert@tuckerlaw.com;cabbott@tuckerlaw.com;dparanay@tuckerlaw.com
              Daniel Brett Sullivan    on behalf of Creditor    Bill Me Later BNCmail@w-legal.com,
               DanS@w-legal.com
              Gregory Javardian    on behalf of Creditor    Citibank, N.A., as Trustee for CMLTI Asset Trust
               greg@javardianlaw.com, mary@javardianlaw.com;tami@javardianlaw.com
              Harry B. Reese    on behalf of Creditor    CITIMORTGAGE, INC. harry.reese@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;jill@pkallc.com
              James Warmbrodt    on behalf of Creditor    PROF-2013-S3 Legal Title Trust, by U.S. Bank National
               Association, as Legal Title Trustee bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor    Township of West Deer jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor    Deer Lakes School District jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jill Manuel-Coughlin    on behalf of Creditor    CITIMORTGAGE, INC. jill@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
              Jill Manuel-Coughlin    on behalf of Creditor    CitiBank, N.A. et. al jill@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
              Kenneth Steidl    on behalf of Debtor Lee C. Schmidt julie.steidl@steidl-steinberg.com,
               ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;leslie.
               nebel@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-st
               einberg.com
              Kenneth Steidl    on behalf of Joint Debtor Kristen A. Schmidt julie.steidl@steidl-steinberg.com,
               ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;leslie.
               nebel@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-st
               einberg.com
              Kevin T. McQuail    on behalf of Creditor    Newbury Place REO III, LLC ecfmail@mwc-law.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              William E. Craig    on behalf of Creditor    Nissan Motor Acceptance Corporation
               ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                             TOTAL: 16
```