IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No.: 12-23532-GLT |
| | : | Chapter: 13 |
| Lee C. Schmidt | : | |
| Kristen A. Schmidt | : | |
| | : | Date: 1/17/2018 |
| *Debtor(s).* | : | Time: 11:00 |

**FILED**

JAN 18 2018

CLERK, U.S. BANKRUPTCY COURT
WEST DIST. OF PENNSYLVANIA

## PROCEEDING MEMO

*MATTER:*
#137 - Response by PROF-2013-S3 Legal Title Trust, by U.S. Bank, N.A. to Trustee's Notice of Final Mortgage Cure
    [Dkt. No. 129] (Claim #13)
        [Reply Due: 12-27-17]

*APPEARANCES:*
    Debtor:     Julie Steidl
    Trustee:    Owen Katz
    U.S. Bank:  James Warmbrodt

*NOTES:*

Court: Is there a dispute as to the status of the final cure payment and postpetition amounts due?

Warmbrodt: No. Does not want the $5,900 advanced in August 2017 to be discharged. Will enter into a stipulation with the Debtor regarding this.

Steidl: No objection.

*OUTCOME:*

1. The status conference is resolved. (Text Order to issue.)

2. On or before February 7, 2018, the parties shall submit any stipulation regarding the trustee's notice of final mortgage cure. (Text Order to issue.)

**DATED:** 1/17/2018