**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Lee C. Schmidt** | Social Security number or ITIN  **xxx–xx–3168** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Kristen A. Schmidt** | Social Security number or ITIN  **xxx–xx–2001** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   **WESTERN DISTRICT OF PENNSYLVANIA**

Case number:   **12–23532–GLT**

# Order of Discharge                                                                                          12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Lee C. Schmidt                                                   Kristen A. Schmidt

2/22/18                                     **By the court:**   <u>Gregory L. Taddonio</u>
                                                                 United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 12-23532-GLT
Lee C. Schmidt                                                        Chapter 13
Kristen A. Schmidt
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: dkam              Page 1 of 3           Date Rcvd: Feb 22, 2018
                              Form ID: 3180W         Total Noticed: 67

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 24, 2018.
```
db/jdb         +Lee C. Schmidt,    Kristen A. Schmidt,    7 Gunther Road,    Cheswick, PA 15024-1918
cr             +Ally Financial Inc. f/k/a GMAC Inc.,    Tucker Arensberg, P.C.,    c/o Brett A. Solomon,
                 1500 One PPG Place,    Pittsburgh, Pa 15222-5413
cr             +Bill Me Later,    Weinstein & Riley, P.S.,    2001 Western Avenue, Suite 400,
                 Seattle, WA 98121-3132
cr              Duquesne Light Company,    c/o Peter J. Ashcroft,    2200 Gulf Tower,    Pittsburgh, PA 15219
cr             +U.S. Bank National Association,    14841 Dallas Parkway, Suite 300,    DALLAS, TX 75254-7883
13438132       +AES/PHEAA,    PO BOX 8183,    HARRISBURG, PA 17105-8183
13445617       +AES/PHEAA,    PO BOX 8147,    HARRISBURG PA 17105-8147
13421359       +American Edication Services,    P.O. Box 2461,    Harrisburg, PA 17105-2461
13421363       +BSI Financial Services &,    314 South Franklin Street,    Titusville, PA 16354-2168
13421361        Bill Me Later,    P.O. Box 105658,    Atlanta, GA 30348-5658
13615334        CitiMortgage, Inc.,    P.O. Box 688971,    Des Moines, IA 50368-8971
13421370        Citibank,    P.O. Box 790114,    Saint Louis, MO 63179-0114
13683849       +Citibank, N.A., as Trustee for CMLTI Asset Trust,    c/o FAY SERVICING, LLC,
                 440 S. LaSalle Street,    Suite 2000,    Chicago, IL 60605-5011
13421372        Credit Management Compant,    P.O. Box 19785,    Irvine, CA 92623-9785
13421373        Credit Management Company,    P.O. Box 19785,    Irvine, CA 92623-9785
13464067       +Deer Lakes School District,    c/o Goehring, Rutter & Boehm,    437 Grant Street, 14th Floor,
                 Pittsburgh, PA 15219-6101
13626803       +Deer Lakes School District,    Keystone Collections Group,    c/o Kratzenberg & Lazzaro,
                 546 Wendel Rd.,    Irwin, PA 15642-7539
13421376        Direct Loans,    PO Box 5609,    Greenville, TX 75403-5609
13421378       +Discovery Health Record Solutions,    1150 North meadow Parkway,    Suite 100,
                 Orlando, FL 32807
13421379       +Dorothy Bonovitz,    Tax Collector,    PO Box 4,    Russellton, PA 15076-0004
13802296        FedLoan Servicing,    P.O. Box 69184,    Harrisburg, PA 17106-9184
13421380       +First National Bank,    P.O. Box 3412,    Omaha, NE 68103-0412
13423315       +First National Bank of Omaha,    1620 Dodge Street Stop Code 3105,    Omaha Ne 68197-0002
13421382       +IN Charge Debt Solutions,    5750 Major Blvd,    Suite 175,    Orlando, FL 32819-7976
13421383        Jordan Tax Service,    102 Rahway Road,    McMurray, PA 15317-3349
13421384       +Life Home Care,    P.O. box 643798,    Pittsburgh, PA 15264-3798
13421386       +Marc S. Weisberg,    123 S. Broad Street,    Suite 2080,    Philadelphia, PA 19109-1031
13421388      ++NISSAN MOTOR ACCEPTANCE CORPORATION,    LOSS RECOVERY,    PO BOX 660366,    DALLAS TX 75266-0366
                 (address filed with court: NMAC,    P.O., Box 9001132,    Louisville, KY 40290-1132)
13443965       +Newbury Place REO III, LLC,    314 S. Franklin Street,    Titusville, PA 16354-2168
13421387       +Newbury Place REO III, LLC,    7500 Old Georgetown Road,    Suite 1350,    Bethesda, MD 20814-6240
13437843        Nissan Motor Acceptance Corporation,    PO Box 660366,    Dallas TX 75266-0366
13421389       +P. Christopher Coburn, Phd.,    1326 Freeport Road,    Suite 250,    Pittsburgh, PA 15238-3121
13421392       +PNC,    2730 Liberty Ave.,    Pittsburgh, PA 15222-4747
13424370       +PNC BANK,    PO BOX 94982,    CLEVELAND, OHIO 44101-4982
14734256       +PROF-2013-S3 Legal Title Trust by,    U.S. Bank N.A. as Legal Title Trustee,
                 3000 Kellway Dr. Ste 150,    Carrollton, TX 75006-3357
13464065       +Township of West Deer,    c/o Goehring, Rutter & Boehm,    437 Grant Street, 14th Floor,
                 Pittsburgh, PA 15219-6101
13421398        UPMC Physician Services,    417 Bridge Street,    Danville, VA 24541-1403
13446440        US Department of Education,    Direct Loan SVC,    PO Box 5609,    Greenville, TX  75403-5609
13421400       +WPIC,    Quantum I Building 3rd Fl,    Distribution Romm #386,    2 Hot Metal Street,
                 Pittsburgh, PA 15203-2348
13421399       +West Deere Township & Deer Lakes,    School District,    P.O. Box 4,    Russellton, PA 15076-0004

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 23 2018 02:20:13     Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA  17128-0946
13421357        EDI: MERRICKBANK.COM Feb 23 2018 02:08:00     Advanta,    P.O. Box 31032,    Tampa, FL 33631-3032
13501738        EDI: MERRICKBANK.COM Feb 23 2018 02:08:00      Advanta Bank Corporation,
                 Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
13421358        EDI: GMACFS.COM Feb 23 2018 02:08:00      Ally Financial,   P.O. Box 9001951,
                 Louisville, KY 40290-1951
13442165       +EDI: GMACFS.COM Feb 23 2018 02:08:00      Ally Financial,   c/o Ally Servicing LLC,
                 P.O. Box 130424,    Roseville, MN 55113-0004
13421360        EDI: AMEREXPR.COM Feb 23 2018 02:08:00      American Express,    P.O. Box 1270,
                 Newark, NJ 07101-1270
13445787        EDI: BECKLEE.COM Feb 23 2018 02:08:00      American Express Centurion Bank,
                 c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
13487819        E-mail/Text: bncmail@w-legal.com Feb 23 2018 02:20:36     Bill Me Later,
                 c/o Weinstein & Riley, P.S.,    PO Box 3978,    Seattle WA 98124-3978
13421364        EDI: CAPITALONE.COM Feb 23 2018 02:08:00      Capital One,    P.O. Box 71083,
                 Charlotte, NC 28272-1083
13421365        EDI: CHASE.COM Feb 23 2018 02:08:00      Chase,   P.O. Box 15153,    Wilmington, DE 19886-5153
13421369       +EDI: CHASE.COM Feb 23 2018 02:08:00      Chase,   P.O. Box 15298,    Wilmington, DE 19850-5298
```

```
District/off: 0315-2                  User: dkam                   Page 2 of 3                   Date Rcvd: Feb 22, 2018
                                      Form ID: 3180W               Total Noticed: 67


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
13421371       +E-mail/Text: bankruptcy@firstenergycorp.com Feb 23 2018 02:20:31      Collection Service Center,
                 839 5th Ave,    New Kensington, PA 15068-6303
13430937       +EDI: TSYS2.COM Feb 23 2018 02:08:00      Department Stores National Bank/Macys,
                 Bankruptcy Processing,    Po Box 8053,    Mason, OH 45040-8053
13427706        EDI: DISCOVER.COM Feb 23 2018 02:08:00      Discover Bank,    DB Servicing Corporation,
                 PO Box 3025,    New Albany, OH  43054-3025
13421377        EDI: DISCOVER.COM Feb 23 2018 02:08:00      Discover Card,    P.O. Box 71084,
                 Charlotte, NC 28272-1084
13528875        EDI: ECMC.COM Feb 23 2018 02:08:00      ECMC,    P.O. BOX 16408,    ST. PAUL, MN 55116-0408
13435420        EDI: RMSC.COM Feb 23 2018 02:08:00      GE Capital Retail Bank,
                 c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
13421381       +EDI: RMSC.COM Feb 23 2018 02:08:00      Gap/Old Navy,    P.O. Box 965005,
                 Orlando, FL 32896-5005
13421385       +EDI: TSYS2.COM Feb 23 2018 02:08:00      Macy's,    P.O. Box 8218,    Mason, OH 45040-8218
13510477        EDI: BL-CREDIGY.COM Feb 23 2018 02:08:00      Main Street Acquisition Corp., assignee,
                 of CHASE BANK USA, N. A.,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
13518780       +E-mail/Text: bknotice@ncmllc.com Feb 23 2018 02:20:37      National Capital Management, LLC.,
                 8245 Tournament Drive,    Suite 230,    Memphis, TN 38125-1741
13497389        EDI: PRA.COM Feb 23 2018 02:08:00      Portfolio Recovery Associates, LLC,    PO Box 12914,
                 Norfolk VA 23541
13585577        EDI: PRA.COM Feb 23 2018 02:08:00      Portfolio Recovery Associates, LLC,    POB 41067,
                 Norfolk, VA 23541
13627112       +EDI: PRA.COM Feb 23 2018 02:08:00      PRA Receivables Management, LLC,    POB 41067,
                 Norfolk, VA 23541-1067
13421390        EDI: RMSC.COM Feb 23 2018 02:08:00      PayPal,    P.O. Box 965005,    Orlando, FL 32896-5005
13421394        E-mail/Text: BankruptcyMail@questdiagnostics.com Feb 23 2018 02:21:12      Quest Diagnostics,
                 P.O. Box 7302,    Hollister, MO 65673-7302
13421397       +EDI: RMSC.COM Feb 23 2018 02:08:00      Sam's Club/GECS,    P.O. Box 965005,
                 Orlando, FL 32896-5005
                                                                                              TOTAL: 27

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             CITIMORTGAGE, INC.
cr             CitiBank, N.A. et. al
cr             Citibank, N.A., as Trustee for CMLTI Asset Trust
cr             Deer Lakes School District
cr             Newbury Place REO III, LLC
cr             PROF-2013-S3 Legal Title Trust, by U.S. Bank Natio
cr             Township of West Deer
cr*           +AES/PHEAA,    PO BOX 8147,    HARRISBURG, PA 17105-8147
cr*            ECMC,    P.O. Box 16408,    St. Paul, MN 55116-0408
cr*           +National Capital Management, LLC,    8245 Tournament Drive,    Suite 230,
                 MEMPHIS, TN 38125-1741
cr*            Nissan Motor Acceptance Corporation,    P.O. Box 660366,    Dallas, TX 75266-0366
cr*           +PRA Receivables Management, LLC,    PO Box 41067,    Norfolk, VA 23541-1067
13421362*      Bill Me Later,    P.O. Box 105658,    Atlanta, GA 30348-5658
13421366*      Chase,    P.O. Box 15153,    Wilmington, DE 19886-5153
13421367*      Chase,    P.O. Box 15153,    Wilmington, DE 19886-5153
13421368*      Chase,    P.O. Box 15153,    Wilmington, DE 19886-5153
13421374*      Credit Management Company,    P.O. Box 19785,    Irvine, CA 92623-9785
13421375*      Credit Management Company,    P.O. Box 19785,    Irvine, CA 92623-9785
13421393*     +PNC,    2730 Liberty Ave.,    Pittsburgh, PA 15222-4747
13421391*      PayPal,    P.O. Box 965005,    Orlando, FL 32896-5005
13421395*      Quest Diagnostics,    P.O. Box 7302,    Hollister, MO 65673-7302
13421396*      Quest Diagnostics,    P.O. Box 7302,    Hollister, MO 65673-7302
                                                                                   TOTALS: 7, * 15, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 24, 2018                                                   Signature:  /s/Joseph Speetjens

```
District/off: 0315-2            User: dkam                  Page 3 of 3                  Date Rcvd: Feb 22, 2018
                                Form ID: 3180W              Total Noticed: 67
```

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 22, 2018 at the address(es) listed below:
              Brett A. Solomon    on behalf of Creditor    Ally Financial Inc. f/k/a GMAC Inc.
               bsolomon@tuckerlaw.com, agilbert@tuckerlaw.com;cabbott@tuckerlaw.com;dparanay@tuckerlaw.com
              Daniel Brett Sullivan    on behalf of Creditor    Bill Me Later BNCmail@w-legal.com,
               DanS@w-legal.com
              Gregory Javardian    on behalf of Creditor    Citibank, N.A., as Trustee for CMLTI Asset Trust
               greg@javardianlaw.com, mary@javardianlaw.com;tami@javardianlaw.com
              Harry B. Reese    on behalf of Creditor    CITIMORTGAGE, INC. harry.reese@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;jill@pkallc.com
              James Warmbrodt    on behalf of Creditor    Citibank, N.A., as Trustee for CMLTI Asset Trust
               bkgroup@kmllawgroup.com
              James Warmbrodt    on behalf of Creditor    PROF-2013-S3 Legal Title Trust, by U.S. Bank National
               Association, as Legal Title Trustee bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor    Township of West Deer jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor    Deer Lakes School District jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jill Manuel-Coughlin    on behalf of Creditor    CITIMORTGAGE, INC. jill@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
              Jill Manuel-Coughlin    on behalf of Creditor    CitiBank, N.A. et. al jill@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
              Kenneth Steidl    on behalf of Joint Debtor Kristen A. Schmidt julie.steidl@steidl-steinberg.com,
               ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;leslie.
               nebel@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-ste
               inberg.com
              Kenneth Steidl    on behalf of Debtor Lee C. Schmidt julie.steidl@steidl-steinberg.com,
               ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;leslie.
               nebel@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-ste
               inberg.com
              Kevin T. McQuail    on behalf of Creditor    Newbury Place REO III, LLC ecfmail@mwc-law.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              William E. Craig    on behalf of Creditor    Nissan Motor Acceptance Corporation
               ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                              TOTAL: 17
```