**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    LEE C. SCHMIDT
    KRISTEN A. SCHMIDT
        Debtor(s)

Ronda J. Winnecour
      Movant
    vs.
No Repondents.

Case No.:12-23532

Chapter 13

Related to Dkt. No. 144

FILED
2/22/18 1:06 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## ORDER OF COURT

    AND NOW, this ___22nd___ day of ___February___, 20_18_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

Prepared by:   Ronda J. Winnecour, Esq.

**DEFAULT ENTRY**

Dated: February 22, 2018

_____
Gregory L. Taddonio    jah
United States Bankruptcy Judge

```
                         United States Bankruptcy Court
                         Western District of Pennsylvania
In re:                                                                  Case No. 12-23532-GLT
Lee C. Schmidt                                                          Chapter 13
Kristen A. Schmidt
        Debtors                        CERTIFICATE OF NOTICE
District/off: 0315-2          User: dkam                  Page 1 of 3                  Date Rcvd: Feb 22, 2018
                              Form ID: pdf900             Total Noticed: 66


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 24, 2018.
db/jdb         +Lee C. Schmidt,    Kristen A. Schmidt,    7 Gunther Road,    Cheswick, PA 15024-1918
cr             +Ally Financial Inc. f/k/a GMAC Inc.,    Tucker Arensberg, P.C.,    c/o Brett A. Solomon,
                 1500 One PPG Place,    Pittsburgh, Pa 15222-5413
cr             +Bill Me Later,    Weinstein & Riley, P.S.,    2001 Western Avenue, Suite 400,
                 Seattle, WA 98121-3132
cr              Duquesne Light Company,    c/o Peter J. Ashcroft,    2200 Gulf Tower,    Pittsburgh, PA 15219
cr             +U.S. Bank National Association,    14841 Dallas Parkway, Suite 300,    DALLAS, TX 75254-7883
13438132       +AES/PHEAA,    PO BOX 8183,    HARRISBURG, PA 17105-8183
13445617       +AES/PHEAA,    PO BOX 8147,    HARRISBURG PA 17105-8147
13421359       +American Edication Services,    P.O. Box 2461,    Harrisburg, PA 17105-2461
13421360        American Express,    P.O. Box 1270,    Newark, NJ 07101-1270
13445787        American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
13421363       +BSI Financial Services &,    314 South Franklin Street,    Titusville, PA 16354-2168
13421361        Bill Me Later,    P.O. Box 105658,    Atlanta, GA 30348-5658
13421364        Capital One,    P.O. Box 71083,    Charlotte, NC 28272-1083
13421369       +Chase,    P.O. Box 15298,    Wilmington, DE 19850-5298
13421365        Chase,    P.O. Box 15153,    Wilmington, DE 19886-5153
13615334        CitiMortgage, Inc.,    P.O. Box 688971,    Des Moines, IA 50368-8971
13421370        Citibank,    P.O. Box 790114,    Saint Louis, MO 63179-0114
13683849       +Citibank, N.A., as Trustee for CMLTI Asset Trust,    c/o FAY SERVICING, LLC,
                 440 S. LaSalle Street,    Suite 2000,    Chicago, IL 60605-5011
13421372        Credit Management Compant,    P.O. Box 19785,    Irvine, CA 92623-9785
13421373        Credit Management Company,    P.O. Box 19785,    Irvine, CA 92623-9785
13464067       +Deer Lakes School District,    c/o Goehring, Rutter & Boehm,    437 Grant Street, 14th Floor,
                 Pittsburgh, PA 15219-6101
13626803       +Deer Lakes School District,    Keystone Collections Group,    c/o Kratzenberg & Lazzaro,
                 546 Wendel Rd.,    Irwin, PA 15642-7539
13430937       +Department Stores National Bank/Macys,    Bankruptcy Processing,    Po Box 8053,
                 Mason, OH 45040-8053
13421376        Direct Loans,    PO Box 5609,    Greenville, TX 75403-5609
13421378       +Discovery Health Record Solutions,    1150 North meadow Parkway,    Suite 100,
                 Orlando, FL 32807
13421379       +Dorothy Bonovitz,    Tax Collector,    PO Box 4,    Russellton, PA 15076-0004
13528875        ECMC,    P.O. BOX 16408,    ST. PAUL, MN 55116-0408
13802296        FedLoan Servicing,    P.O. Box 69184,    Harrisburg, PA 17106-9184
13421380       +First National Bank,    P.O. Box 3412,    Omaha, NE 68103-0412
13423315       +First National Bank of Omaha,    1620 Dodge Street Stop Code 3105,    Omaha Ne 68197-0002
13421382       +IN Charge Debt Solutions,    5750 Major Blvd,    Suite 175,    Orlando, FL 32819-7976
13421383        Jordan Tax Service,    102 Rahway Road,    McMurray, PA 15317-3349
13421384       +Life Home Care,    P.O. box 643798,    Pittsburgh, PA 15264-3798
13421385       +Macy’s,    P.O. Box 8218,    Mason, OH 45040-8218
13510477        Main Street Acquisition Corp., assignee,    of CHASE BANK USA, N. A.,    c o Becket and Lee LLP,
                 POB 3001,    Malvern, PA 19355-0701
13421386       +Marc S. Weisberg,    123 S. Broad Street,    Suite 2080,    Philadelphia, PA 19109-1031
13421388      ++NISSAN MOTOR ACCEPTANCE CORPORATION,    LOSS RECOVERY,    PO BOX 660366,    DALLAS TX 75266-0366
               (address filed with court: NMAC,     P.O., Box 9001132,    Louisville, KY 40290-1132)
13443965       +Newbury Place REO III, LLC,    314 S. Franklin Street,    Titusville, PA 16354-2168
13421387       +Newbury Place REO III, LLC,    7500 Old Georgetown Road,    Suite 1350,    Bethesda, MD 20814-6240
13437843        Nissan Motor Acceptance Corporation,    PO Box 660366,    Dallas TX 75266-0366
13421389       +P. Christopher Coburn, Phd.,    1326 Freeport Road,    Suite 250,    Pittsburgh, PA 15238-3121
13421392       +PNC,    2730 Liberty Ave.,    Pittsburgh, PA 15222-4747
13424370       +PNC BANK,    PO BOX 94982,    CLEVELAND, OHIO 44101-4982
14734256       +PROF-2013-S3 Legal Title Trust by,    U.S. Bank N.A. as Legal Title Trustee,
                 3000 Kellway Dr. Ste 150,    Carrollton, TX 75006-3357
13464065       +Township of West Deer,    c/o Goehring, Rutter & Boehm,    437 Grant Street, 14th Floor,
                 Pittsburgh, PA 15219-6101
13421398        UPMC Physician Services,    417 Bridge Street,    Danville, VA 24541-1403
13446440        US Department of Education,    Direct Loan SVC,    PO Box 5609,    Greenville, TX 75403-5609
13421400       +WPIC,    Quantum I Building 3rd Fl,    Distribution Romm #386,    2 Hot Metal Street,
                 Pittsburgh, PA 15203-2348
13421399       +West Deere Township & Deer Lakes,    School District,    P.O. Box 4,    Russellton, PA 15076-0004

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13421357        E-mail/Text: bkr@cardworks.com Feb 23 2018 02:19:45      Advanta,    P.O. Box 31032,
                 Tampa, FL 33631-3032
13501738        E-mail/Text: bkr@cardworks.com Feb 23 2018 02:19:45      Advanta Bank Corporation,
                 Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
13421358        E-mail/Text: ally@ebn.phinsolutions.com Feb 23 2018 02:19:47      Ally Financial,
                 P.O. Box 9001951,    Louisville, KY 40290-1951
13442165       +E-mail/Text: ally@ebn.phinsolutions.com Feb 23 2018 02:19:47      Ally Financial,
                 c/o Ally Servicing LLC,    P.O. Box 130424,    Roseville, MN 55113-0004
13487819        E-mail/Text: bncmail@w-legal.com Feb 23 2018 02:20:36      Bill Me Later,
                 c/o Weinstein & Riley, P.S.,    PO Box 3978,    Seattle WA 98124-3978
```

```
District/off: 0315-2           User: dkam                  Page 2 of 3                  Date Rcvd: Feb 22, 2018
                               Form ID: pdf900             Total Noticed: 66

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
13421371       +E-mail/Text: bankruptcy@firstenergycorp.com Feb 23 2018 02:20:29      Collection Service Center,
                 839 5th Ave,    New Kensington, PA 15068-6303
13427706        E-mail/Text: mrdiscen@discover.com Feb 23 2018 02:19:48      Discover Bank,
                 DB Servicing Corporation,    PO Box 3025,    New Albany, OH 43054-3025
13421377        E-mail/Text: mrdiscen@discover.com Feb 23 2018 02:19:48      Discover Card,    P.O. Box 71084,
                 Charlotte, NC 28272-1084
13435420        E-mail/PDF: gecsedi@recoverycorp.com Feb 23 2018 02:16:25      GE Capital Retail Bank,
                 c/o Recovery Management Systems Corp,     25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
13421381       +E-mail/PDF: gecsedi@recoverycorp.com Feb 23 2018 02:16:36      Gap/Old Navy,    P.O. Box 965005,
                 Orlando, FL 32896-5005
13518780       +E-mail/Text: bknotice@ncmllc.com Feb 23 2018 02:20:37      National Capital Management, LLC.,
                 8245 Tournament Drive,    Suite 230,   Memphis, TN 38125-1741
13497389        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 23 2018 02:39:14
                 Portfolio Recovery Associates, LLC,    PO Box 12914,    Norfolk VA 23541
13585577        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 23 2018 02:33:07
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk, VA 23541
13627112       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 23 2018 02:22:35
                 PRA Receivables Management, LLC,    POB 41067,    Norfolk, VA 23541-1067
13421390        E-mail/PDF: gecsedi@recoverycorp.com Feb 23 2018 02:16:25      PayPal,    P.O. Box 965005,
                 Orlando, FL 32896-5005
13421394        E-mail/Text: BankruptcyMail@questdiagnostics.com Feb 23 2018 02:21:12       Quest Diagnostics,
                 P.O. Box 7302,    Hollister, MO 65673-7302
13421397       +E-mail/PDF: gecsedi@recoverycorp.com Feb 23 2018 02:16:25      Sam's Club/GECS,
                 P.O. Box 965005,    Orlando, FL 32896-5005
                                                                                               TOTAL: 17

             ***** BYPASSED RECIPIENTS  (undeliverable, * duplicate) *****
cr             CITIMORTGAGE, INC.
cr             CitiBank, N.A. et. al
cr             Citibank, N.A., as Trustee for CMLTI Asset Trust
cr             Deer Lakes School District
cr             Newbury Place REO III, LLC
cr             PROF-2013-S3 Legal Title Trust, by U.S. Bank Natio
cr             Township of West Deer
cr*           +AES/PHEAA,    PO BOX 8147,    HARRISBURG, PA 17105-8147
cr*            ECMC,    P.O. Box 16408,    St. Paul, MN 55116-0408
cr*           +National Capital Management, LLC,    8245 Tournament Drive,    Suite 230,
                 MEMPHIS, TN 38125-1741
cr*            Nissan Motor Acceptance Corporation,    P.O. Box 660366,    Dallas, TX 75266-0366
cr*           +PRA Receivables Management, LLC,    PO Box 41067,    Norfolk, VA 23541-1067
13421362*      Bill Me Later,    P.O. Box 105658,    Atlanta, GA 30348-5658
13421366*      Chase,    P.O. Box 15153,    Wilmington, DE 19886-5153
13421367*      Chase,    P.O. Box 15153,    Wilmington, DE 19886-5153
13421368*      Chase,    P.O. Box 15153,    Wilmington, DE 19886-5153
13421374*      Credit Management Company,    P.O. Box 19785,    Irvine, CA 92623-9785
13421375*      Credit Management Company,    P.O. Box 19785,    Irvine, CA 92623-9785
13421393*     +PNC,    2730 Liberty Ave.,    Pittsburgh, PA 15222-4747
13421391*      PayPal,    P.O. Box 965005,    Orlando, FL 32896-5005
13421395*      Quest Diagnostics,    P.O. Box 7302,    Hollister, MO 65673-7302
13421396*      Quest Diagnostics,    P.O. Box 7302,    Hollister, MO 65673-7302
                                                                              TOTALS: 7, * 15, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 24, 2018                                      Signature:  /s/Joseph Speetjens

```
District/off: 0315-2          User: dkam              Page 3 of 3              Date Rcvd: Feb 22, 2018
                              Form ID: pdf900         Total Noticed: 66
```

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 22, 2018 at the address(es) listed below:

```
          Brett A. Solomon    on behalf of Creditor    Ally Financial Inc. f/k/a GMAC Inc.
           bsolomon@tuckerlaw.com,   agilbert@tuckerlaw.com;cabbott@tuckerlaw.com;dparanay@tuckerlaw.com
          Daniel Brett Sullivan    on behalf of Creditor    Bill Me Later BNCmail@w-legal.com,
           DanS@w-legal.com
          Gregory  Javardian    on behalf of Creditor    Citibank, N.A., as Trustee for CMLTI Asset Trust
           greg@javardianlaw.com,   mary@javardianlaw.com;tami@javardianlaw.com
          Harry B. Reese    on behalf of Creditor    CITIMORTGAGE, INC. harry.reese@pkallc.com,
           chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;jill@pkallc.com
          James  Warmbrodt    on behalf of Creditor    Citibank, N.A., as Trustee for CMLTI Asset Trust
           bkgroup@kmllawgroup.com
          James  Warmbrodt    on behalf of Creditor    PROF-2013-S3 Legal Title Trust, by U.S. Bank National
           Association, as Legal Title Trustee bkgroup@kmllawgroup.com
          Jeffrey R. Hunt    on behalf of Creditor    Township of West Deer jhunt@grblaw.com,
           cnoroski@grblaw.com
          Jeffrey R. Hunt    on behalf of Creditor    Deer Lakes School District jhunt@grblaw.com,
           cnoroski@grblaw.com
          Jill  Manuel-Coughlin    on behalf of Creditor    CITIMORTGAGE, INC. jill@pkallc.com,
           chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
          Jill  Manuel-Coughlin    on behalf of Creditor    CitiBank, N.A. et. al jill@pkallc.com,
           chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
          Kenneth  Steidl    on behalf of Debtor Lee C. Schmidt julie.steidl@steidl-steinberg.com,
           ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;leslie.
           nebel@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-ste
           inberg.com
          Kenneth  Steidl    on behalf of Joint Debtor Kristen A. Schmidt julie.steidl@steidl-steinberg.com,
           ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;leslie.
           nebel@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-ste
           inberg.com
          Kevin T. McQuail    on behalf of Creditor    Newbury Place REO III, LLC ecfmail@mwc-law.com
          Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
          Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
           ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
          Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com
          William E. Craig    on behalf of Creditor    Nissan Motor Acceptance Corporation
           ecfmail@mortoncraig.com,   mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                             TOTAL: 17
```